```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 59383
   PHILANDER M MURDOCK
   ANTOINETTE BARNES MURDOCK                    CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2181    SSN XXX-XX-2269

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 02/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.00%.

     The case was paid in full 12/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED           635.85         .00         120.81
CAPITAL ONE                UNSECURED           380.24         .00          72.25
CAPITAL ONE                UNSECURED          1965.09         .00         373.37
CAPITAL ONE                UNSECURED           555.62         .00         105.57
GMAC MORTGAGE              CURRENT MORTG         .00          .00            .00
METLIFE                    SECURED           18000.00     1379.12       18000.00
WELLS FARGO AUTO FINANCE   SECURED           20000.00     1634.57       20000.00
WELLS FARGO AUTO FINANCE   UNSECURED         12983.15         .00        2466.80
INTERNAL REVENUE SERVICE   PRIORITY          12067.09         .00       12067.09
AMERICASH LOANS LLC        UNSECURED             .00          .00            .00
BOYAJIAN LAW OFFICES       UNSECURED        NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           115.74         .00          21.99
PORTFOLIO RECOVERY         UNSECURED         18213.56         .00        3460.58
RESURGENT CAPITAL SERVIC   UNSECURED          4241.36         .00         805.86
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00            .00
CREDIT FIRST NA            UNSECURED          1913.36         .00         363.54
CREDIT SYSTEMS             UNSECURED        NOT FILED         .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED          5198.44         .00         987.70
FIRST PAYDAY LOANS         UNSECURED        NOT FILED         .00            .00
JC PENNY                   UNSECURED        NOT FILED         .00            .00
MALCOLM S GERALD           NOTICE ONLY     NOT FILED         .00            .00
MARSHALL FIELDS            UNSECURED        NOT FILED         .00            .00
MEDICAL PAYMENT DATA       UNSECURED        NOT FILED         .00            .00
MUTUAL HOSPITAL SVC INC    UNSECURED        NOT FILED         .00            .00
NICOR GAS                  UNSECURED        NOT FILED         .00            .00
OSI COLLECTION SERVICE     NOTICE ONLY     NOT FILED         .00            .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          4984.30         .00         947.02
ECMC                       UNSECURED          2378.25         .00         451.87
ECAST SETTLEMENT CORP      UNSECURED          3231.93         .00         614.07
AT & T BANKRUPCTY          UNSECURED        NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           430.09         .00          81.72

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 59383 PHILANDER M MURDOCK & ANTOINETTE BARNES MURDOCK
```

```
SHELL/CITI                   UNSECURED       NOT FILED            .00              .00
SOUTHWEST STUDENT SERVIC     UNSECURED       NOT FILED            .00              .00
TRUSTMARK RECOVERY SERVI     UNSECURED       NOT FILED            .00              .00
LVNV FUNDING SERVICES        UNSECURED        7960.72             .00         1512.54
USA PAYDAY LOANS             UNSECURED       NOT FILED            .00              .00
WAL MART STORES INC          UNSECURED       NOT FILED            .00              .00
INTERNAL REVENUE SERVICE     UNSECURED         440.41             .00            83.68
WELLS FARGO FINANCIAL IL     UNSECURED        2988.78             .00           567.87
GREAT/FIRST USA BANK         UNSECURED        1590.53             .00           302.20
PORTFOLIO RECOVERY           UNSECURED       10550.82             .00          2004.66
PORTFOLIO RECOVERY           UNSECURED        5205.50             .00           989.05
WAL MART                     NOTICE  ONLY    NOT FILED            .00              .00
COLLECTION COMPANY OF AM     NOTICE  ONLY    NOT FILED            .00              .00
COMMONWEALTH EDISON          NOTICE  ONLY    NOT FILED            .00              .00
RX ACQUISITIONS LC           NOTICE  ONLY    NOT FILED            .00              .00
ZALUTSKY & PINSKI LTD        DEBTOR ATTY      2,594.00                       2,594.00
TOM VAUGHN                   TRUSTEE                                         4,794.18
DEBTOR REFUND                REFUND                                          1,373.85
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             78,175.96

PRIORITY                                     12,067.09
SECURED                                      38,000.00
    INTEREST                                  3,013.69
UNSECURED                                    16,333.15
ADMINISTRATIVE                                2,594.00
TRUSTEE COMPENSATION                          4,794.18
DEBTOR REFUND                                 1,373.85
                    ---------------         ---------------
TOTALS              78,175.96                78,175.96

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                              /s/ Tom Vaughn
    Dated: 03/09/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                         PAGE   2
         CASE NO. 05 B 59383 PHILANDER M MURDOCK & ANTOINETTE BARNES MURDOCK